IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-4040-02-CR-SOW-C |
| GREGORY ROBINSON, | ) | |
| Defendant. | ) | |

ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #50) prepared by Magistrate Judge William A. Knox. Based upon the Report and Recommendation, it is hereby

ORDERED that defendant Gregory Robinson's plea of guilty is accepted and that he is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared on defendant Robinson.


           /s/ *Scott O. Wright*
           SCOTT O. WRIGHT
           Senior United States District Judge

Date: July 10, 2008